IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH RAYMOND KOENIG, RICHARD POWELL, CHRISTOPHER ERNEST REED, ANDREW D. NOVAK, MELINDA KAY FARNED, VICTORIA CANALES DIZON, NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY, LTD. and NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY GP, LLC | § § § § § § § § § § |
| v. | § C.A. NO. 4:13-cv-00359 |
| AETNA LIFE INSURANCE COMPANY | § § |

## ORDER DENYING HARRIS COUNTY'S MOTION FOR PROTECTIVE ORDER AND MEMORANDUM BRIEF OF LAW IN SUPPORT OF MOTION

CAME on to be considered Harris County's Motion for Protective Order and Memorandum Brief of Law In Support of Motion and after considering same and the Response thereto, it is

ORDERED that Harris County's Motion for Protective Order and Memorandum Brief of Law In Support of Motion is DENIED as moot.

SIGNED on this 18th day of October, 2013.

_____
Kenneth M. Hoyt
United States District Judge