UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH R KOENIG, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:13-CV-359 |
| § | |
| AETNA LIFE INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER DENYING THE PLAINTIFFS' MOTION TO COMPEL

Pending before the Court is North Cypress' Motion to Compel (Dkt. No. 101). Having considered the motion, submissions, and applicable law, the Court determines that the motion should be DENIED.

Because of the conduct of the parties concerning discovery matters, the court will no longer accept motions to compel, for sanctions or any disputes related to discovery. The parties are free to work together to resolve any remaining disputes.

It is so Ordered.

SIGNED on this 11th day of March, 2014.

_____
Kenneth M. Hoyt
United States District Judge