UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH R KOENIG, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-359 |
| | § | |
| AETNA LIFE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Came on to be considered the Counter-Plaintiffs' Motion for Leave to File "Annotated Supplemental Counterclaim" (Dkt. No. 230-1) pursuant to Rule 15(d), FED. R. CIV. P. and after considering same and any response thereto, it is

**ORDERED** that the Counter-Plaintiffs' Motion for Leave to File their Annotated Supplemental Counterclaim is **DENIED**.

It is so ORDERED.

SIGNED on this 17th day of August, 2015.

_____
Kenneth M. Hoyt
United States District Judge