UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH R KOENIG, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-359 |
| | § § | |
| AETNA LIFE INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## ORDER

The Parties' Joint Stipulation is ACKNOWLEDGED. (Dkt. No. 246). The Parties shall have until September 9, 2015, to file their respective Responses to the other party's Motion to Strike Expert Witnesses.

It is so **ORDERED**.

SIGNED on this 3rd day of September, 2015.

_____
Kenneth M. Hoyt
United States District Judge