United States District Court
Southern District of Texas
**ENTERED**
June 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH R KOENIG, *et al*, § § § Plaintiffs, § VS. § AETNA LIFE INSURANCE COMPANY, *et al*, § § § § Defendants. § | CIVIL ACTION NO. 4:13-CV-0359 |

### ORDER

North Cypress' motion for final judgment and findings of fact and conclusions of law [DE #531] and application for the award of attorney's fees and costs [DE # 528] are DENIED.

It is so Ordered.

SIGNED on this 15th day of June, 2016.

_____
Kenneth M. Hoyt
United States District Judge