United States District Court
Southern District of Texas
**ENTERED**
June 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH R KOENIG, *et al*, § § Plaintiffs, § VS. § AETNA LIFE INSURANCE COMPANY, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:13-CV-0359 |

## FINAL JUDGMENT

Having granted defendant's motion for judgment pursuant to Rule 52(c) of the Federal Rules of Civil Procedure [DE #351], the Court therefore enters JUDGMENT that the plaintiffs take nothing by their ERISA claims.

The Jury having refused to find that Aetna failed to comply with any of its health insurance plans/policies [DE #522], the Court therefore enters JUDGMENT on the verdict that the plaintiffs take nothing by their non-ERISA claims.

The Court having granted the plaintiffs' motion for judgment as a matter of law on the counter-plaintiff's state law counterclaims [DE #680], the Court therefore enters JUDGMENT that the counter-plaintiff take nothing by its state law counterclaims.

All parties shall bear their own costs.

This judgment is a FINAL JUDGMENT and disposes of all issues between all parties.

SIGNED on this 15th day of June, 2016.

_____
Kenneth M. Hoyt
United States District Judge